FRANCES S. DILATUSH ET AL., PLAINTIFFS, v. JACOB PROWN ET AL., DEFENDANTS.

Submitted May term, 1929—Decided October 21, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the rule, *C. Casewell Heine.*

*Contra, Harold McDermott* and *Theodore D. Parsons.*

PER CURIAM.

The only reason urged for setting aside the verdicts of the plaintiffs Anna H. Dilatush and F. Louise Dilatush is that they are excessive. We do not find them to be so. Both received painful injuries, some of which are permanent.

The rule is discharged.